# SEALED

U. S. Department of Justice
*United States Attorney*
*District of Nevada*
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, NV 89101

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT   LAS VEGAS
DISTRICT OF NEVADA                Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: TERRIE MURRAY
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): ERIC JOHNSON

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI - SA KATHY BREWER

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: DISTRICT OF NEVADA   County

CASE NO. 2:09-CR-078

USA vs.
Defendant: SAMUEL DAVIS

Address:

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAR - 3 2009

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                        DEPUTY
```

☐ Interpreter Required  Dialect:

Birth Date:    ☐ Male  ☐ Female   (if applicable)

Social Security Number

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 31

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18/1956(h) | CONSPIRACY | 1 |
| | 18/1956(a)(3) | MONEY LAUNDERING | 2-31 |
| | 18/2 | AIDING AND ABETTING | 2-31 |
| | | | |
| | | | |