AO 442 (Rev 01/09) Arrest Warrant

/6418326

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SAMUEL DAVIS | ) Case No. 2:09-CR-078 |
| | ) |
| *Defendant* | ) |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

2009 MAR -6 P 2:10

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SAMUEL DAVIS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY; MONEY LAUNDERING; AIDING AND ABETTING

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

3/3/09     Las Vegas, NV
DATE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)*   LAS VEGAS, NV

Date: REC'd 03/03/09
      ARREST 03/05/09   for FBI

Arresting officer's signature

Printed name and title