```
 1  TODD M. LEVENTHAL, ESQ
    Nevada Bar No. 008543
 2  600 South Third Street
    Las Vegas, Nevada 89101
 3  (702) 384-1990
    Attorney for Defendant
 4
```

5             **UNITED STATES DISTRICT COURT**

6                   **DISTRICT OF NEVADA**

7

```
 8  UNITED STATES OF AMERICA,        )
                                     )   CR-S-09-078-JCM(RJJ)
 9              Plaintiff,           )
                                     )   STIPULATION TO CONTINUE
10       vs.                         )   TIME FOR TRIAL AND MOTIONS
                                     )   DEADLINES
11  SAMUEL DAVIS,                    )
    SHAWN RICE                       )
12              Defendant.           )
                                     )
13  ─────────────────────────────────
```

14       IT IS HEREBY STIPULATED AND AGREED by and between Defendant, SAMUEL

15  DAVIS, by and through his counsel, TODD M. .LEVENTHAL, ESQ., and the United States of

16  America, by its counsel, GREGORY DAMM, Assistant U.S. Attorney, that the trial in the

17  above-captioned matter currently scheduled for June 21, 2010,be vacated and continued until

18  September 20, 2010 calendar.

19       This Stipulation is entered into for the following reasons:

20       1. Mr. Davis has indicated his desire to proceed to trial representing himself.

21       2. A motion has been filed for a Faretta hearing, however the hearing has not been set as

22  of yet.

23       3. Counsel for Mr. Davis believes that if Mr. Davis is granted the right to represent

24  himself, Counsel will remain as stand by counsel assisting Mr. Davis..

25       4. Counsel for the Government, Counsel for Mr. Davis and the Court have met and

26  indicated that a September date works for scheduling purposes.

27       5. Mr. Davis is not in custody and agrees with this continuance.

28       6. Mr Rice is in warrant status at this time.

7. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(8)(A), when considering the factors under Title 18, United States Code, Section3161(h)(8)(b)i and 3161 (h)(8)(b)(iv).

DATED this 16TH day of June, 2010.

_____-s-_____          _____-s-_____
TODD M. LEVENTHAL, ESQ.                GREGORY DAMM ESQ.
Counsel for defendant                  Assistant U.S. Attorney

TODD M. LEVENTHAL, ESQ.
Nevada Bar No. 008543
600 South Third Street
Las Vegas, Nevada 89101
(702) 384-1990
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-09-078-JCM-(RJJ) |
| Plaintiff, ) | |
| vs. ) | **FINDINGS OF FACTS AND CONCLUSIONS OF LAW** |
| SAMUEL DAVIS, ) | |
| SHAWN RICE ) | |
| Defendant. ) | |

### FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Mr. Davis has indicated his desire to proceed to trial representing himself.

2. A motion has been filed for a Faretta hearing, however the hearing has not been set as of yet.

3. Counsel for Mr. Davis believes that if Mr. Davis is granted the right to represent himself, Counsel will remain as stand by counsel assisting Mr. Davis..

4. Counsel for the Government, Counsel for Mr. Davis and the Court have met and indicated that a September date works for scheduling purposes.

5. Mr. Davis is not in custody and agrees with this continuance.

6. Mr Rice is in warrant status at this time.

7. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

8. The additional time requested by this Stipulation is excludable in computing the time

within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(8)(A), when considering the factors under Title 18, United States Code, Section3161(h)(8)(b)i and 3161 (h)(8)(b)(iv).

**CONCLUSIONS OF LAW**

Based on the fact that counsel for the defendant needs additional time within which to prepare the case for trial, defendant does not object to the continuance sought herein, denial of this request for continuance would deny the parties sufficient time to resolve the case and otherwise prepare for trial should negotiations bail.  Additionally, denial of this request for a continuance could result in a miscarriage of justice.

1. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(8)(A), when considering the factors under Title 18, United States Code, Section3161(h)(8)(b)i and 3161 (h)(8)(b)(iv).

**ORDER**

Accordingly, IT IS SO ORDERED that the JUNE 21, 2010 at 8:30 a.m. trial setting is vacated and the same is continued and reset for _____, 200__, at the hour of 8:30 a.m., in courtroom #_____.  (Stacked trial setting.)

IT IS FURTHER ORDERED that the Calender Call in this matter is reset for _____, 200__, at the hour of _____, in Courtroom #_____

Dated this _____ day of JUNE, 2010.

_____
UNITED STATES DISTRICT JUDGE