I am: a man, known as:
Samuel-Lynn: family of Davis
Secured Party Creditor
In care of: 2430 Lappin Lane (by necessity)
Near Council, in Idaho state
Telephone: (208) 741-0797
**Restricted Appearance**

2010 SEP -3 P 1:51

[DISTRICT COURT
DISTRICT OF NEVADA]

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> SAMUEL DAVIS, and ) <br> SHAWN RICE, ) <br> ) <br> DEFENDANTS. ) <br> ) | 2:09-CR-078 <br><br> PETITION TO CONTINUE <br> GOOD CAUSE SHOWN <br> AFFIDAVIT IN SUPPORT |

## NOTICE

To: GREG DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

    I am a living, breathing man known as Samuel-Lynn. I, in my capacity as myself, come before the Court for purposes of Petitioning the Court for a Continuance from the trial date currently set for September 20, 2010 and for the same, an Affidavit in Support of the following causes:

    1)     On the previous hearing date, (calendar call) I requested the court to grant Stand-by Counsel as had a right to "defend" myself as I see fit and the Court granted my petition; and

2) Trial is currently set for September 21, 2010 and although I have diligently made a concerted effort to familiarize myself with all of the Rules and other procedures, I have not yet finished with that study, nor will I by that time; and

3) The government has provided thousands of pages of "Discovery", as well as 100 +/- DVD's which I have not had an opportunity to thoroughly review to ascertain exactly is there in "evidence" and if anything that I have knowledge of in this matter is missing that may be in any way exculpatory and not turned over by the government to be used in my defense; and

4) Because of the above reasons and the volumes of materials in this matter to review, I respectfully request the Court grant me at least 120 days to further; and

5) I asked the Assistant US Attorney, through stand-by counsel, to stipulate to my request for continuance and was refused; and

6) Pursuant to the Speedy Trial Act, the additional time requested by the petition herein is excludable and is within the "ends of justice" standard of review; and

7) The petition to continue herein is not for purposes of delay, as I truly need more time to prepare; and

8) For these reasons I respectfully request the Court take judicial notice and grant the herein requests forthwith in the interest of justice.

RESPECTFULLY SUBMITTED this the third day of the ninth month in the year of our Lord, the two thousandth and tenth year from the crucifixion.

_____, a

man known as Samuel-Lynn

2

## AFFIDAVIT IN SUPPORT OF PETITION TO CONTINUE

I am a man known as Samuel-Lynn: family of Davis. I am over the age of 21 and competent to testify, having personal, first hand knowledge of the facts herein and if called upon to testify will so state that the following is the truth, the whole truth, and nothing but the truth; and further, that the statements herein are true, correct and complete to the best of my knowledge and belief:

1) Affiant has access to the "discovery" delivered to the Stand-by Counsel for the DEFENDANT; and
2) To date, Affiant has been reading, reviewing and attempting to become proficient in the Rules of the Court, both criminal, and evidentiary; and
3) To date, Affiant has not had sufficient time to review the voluminous volumes of papers and DVD's provided by the government in this matter; and
4) In the interests of justice, more time is needed; and
5) Said petition for continuance is NOT for purposes of delay as the government has previously pointed out in its request for several continuances, the shear amount of "discovery" created a burden to the government even with all of its resources; and
6) Affiant does not have those same said resources; and

Further, Affiant saith not.

### Verification and Certification

I certify on my own unlimited commercial liability that the above is true, correct and complete, the truth, the whole truth, and nothing but the truth.

DATED this the third day of the ninth month in the year of our Lord, the two thousandth and tenth year from the crucifixion.

_____ , a man
known as Samuel-Lynn

3

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2010 SEP -3 P 1: 52

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing to which this Proof of Service is attached will be duly served upon the following by hand-delivering to the office address as follows:

GREG DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

Executed without the United States on this third day of the ninth month in the year of our Lord, the two thousandth and tenth year from the crucifixion at Las Vegas, Nevada.

By: _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | 2:09-CR-078 |
| vs. ) | ORDER GRANTING |
| ) | PETITION TO CONTINUE |
| SAMUEL DAVIS, and ) | FOR GOOD CAUSE |
| SHAWN RICE, ) | |
| ) | |
| DEFENDANTS. ) | |

This matter having come before the Court on the Petition of Samuel-Lynn: and the Court having been advised in the premises and Good Cause being shown it is hereby ORDERED that the Petition to Continue the trial in the above numbered matter is GRANTED and the Trial date of September 21, 2010 is vacated. Trial will be set 120 days from the date of this Order or as soon thereafter as may be scheduled. The "ends of justice" and in the interest of justice it is

SO ORDERED.


_____
HONORABLE JAMES MAHAN
DISTRICT JUDGE

I am: a man, known as:
Samuel-Lynn: family of Davis
Secured Party Creditor
In care of: 2430 Lappin Lane (by necessity)
Near Council, in Idaho state
Telephone: (208) 741-0797
**Restricted Appearance**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | 2:09-CR-078 |
| vs. | ) | |
| | ) | NOTICE OF HEARING |
| SAMUEL DAVIS, and | ) | |
| SHAWN RICE, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

I am, a man known as Samuel-Lynn: authorized representative for the DEFENDANT in this matter, and as such, hereby make this NOTICE OF HEARING for the cause of the above petition to continue trial in the interest of justice. Said hearing to be held Thursday, September 9, 2010 or as soon as the Clerk of the Court can and will schedule the same.

Respectfully submitted this the third day of the ninth month, in the year of our Lord two thousand and ten years from the date of His crucifixion.

_[signature]_