Samuel Lynn Davis, Estate.<br>
Executor Office.<br>
Nation Idaho.<br>
General-Post Office.<br>
Lappin Lane – 2430.<br>
Council.<br>
United States Minor, Outlying Islands.<br>
Near [83612-9998].

**Special Appearance**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | 2:09-CR-078 |
| vs. | ) | |
| | ) | NOTICE OF |
| SAMUEL DAVIS, and | ) | TERMINATION OF |
| SHAWN RICE, | ) | STAND-BY COUNSEL |
| | ) | |
| DEFENDANTS. | ) | |

I am, we the people, a living, breathing people known as Samuel-Lynn, appearing specially from the office of executor from the estate known as SAMUEL L. DAVIS, or any derivative thereof. I, in these respective capacities, come before the Court again for purposes of giving notice of termination of Standby Counsel. We the people requested via email to counsel about 2 weeks ago to terminate services immediately. To date, no notice to the court has been forthcoming. We the people hereby give notice of termination.

RESPECTFULLY SUBMITTED this the eighth day of the eleventh month in the year of our Lord, the two thousandth and tenth year from the crucifixion.

*Samuel-Lynn*, a man known as Samuel-Lynn, we the people and from the office of executor for the estate known as SAMUEL L DAVIS, or any derivative thereof.

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing to which this Proof of Service is attached will be duly served upon the following by depositing same in the United States Postal Service's First Class Mail Postage Prepaid and addressed as follows:

GREG DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

Todd M. Leaventhal
600 South Third Street
Las Vegas, Nevada 89101

Executed without the United States on this eighth day of the eleventh month in the year of our Lord, the two thousandth and tenth year from the crucifixion at Las Vegas, Nevada.

By:

*Samuel-Lynn: davis*