2010 NOV -9 A 9:06

Samuel Lynn Davis, Estate.
Executor Office.
Nation Idaho.
General-Post Office.
Lappin Lane – 2430.
Council.
United States Minor, Outlying Islands.
Near [83612-9998].

**Special Appearance**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | 2:09-CR-078 |
| vs. ) | |
| ) | PETITION TO CONTINUE |
| SAMUEL DAVIS, and ) | GOOD CAUSE SHOWN |
| SHAWN RICE, ) | AFFIDAVIT IN SUPPORT |
| ) | |
| DEFENDANTS. ) | |
| ) | |

  I am, we the people, a living, breathing people known as Samuel-Lynn, appearing specially from the office of executor from the estate known as SAMUEL L. DAVIS, or any derivative thereof. I, in these respective capacities, come before the Court again for purposes of Petitioning the Court for a Continuance from the trial date currently set for November 15, 2010 because we the people are not ready to proceed and in the interests of justice, we the people respectfully request more time.

  Several weeks ago we the people petitioned this court for a continuance of 120 days in which to prepare, the court denied in part and granted in part that

petition, granting a 60 day continuance. We the people had good reason for requesting a 120 day continuance and those reasons remain current, plausible, and important. The court's determination that we the people could be or would be ready to proceed in 60 days, while generous, is not practical.

Trial is currently set for Monday, November 15, 2010. We the people have diligently studied, appropriated assistance from various sources, and currently we the people are working towards completion of a defense. The court is aware we the people believe, of the literally thousands of pages and other media of "evidence" to be gone through in this matter. We the people have reviewed much of the "discover/evidence" but we the people have not completed the effort nor will we by the trial date. The government will NOT be harmed nor will justice be impaired if the request for continuance is granted, however, justice will be impaired if we the people do not have an adequate defense.

For the above reasons, we the people respectfully request that the original request of 120 days, 60 of which were granted, be fully granted and the additional 60 days be requested be granted in the interests of justice.

As always, the granting of the extension or continuance will be excluded for purposes of the tolling of time pursuant to the Speedy Trial Act.

RESPECTFULLY SUBMITTED this the third day of the ninth month in the year of our Lord, the two thousandth and tenth year from the crucifixion.

*Samuel-Lynn*, a man known as Samuel-Lynn, we the people and from the office of executor for the estate known as SAMUEL L DAVIS, or any derivative thereof.

AFFIDAVIT IN SUPPORT OF PETITION TO CONTINUE

I am, we the people, a man known as Samuel-Lynn: family of davis, from the office of executor on the estate known as SAMUEL L DAVIS, or any derivative thereof. I am over the age of 21 and competent to testify, having personal, first hand knowledge of the facts herein and if called upon to testify will so state that the following is the truth, the whole truth, and nothing but the truth; and further, that the statements herein are true, correct and complete to the best of my knowledge and belief:

1) We the people are not ready to go to trial;

2) We the people cannot be ready to go to trial by November 15, 2010;

3) We the people request the re-instatement of the 60 day continuance denied by the court as this time is necessary;

4) In the interests of justice, more time is needed, and the government's interests will not suffer damage;

5) Said petition for continuance is NOT for purposes of delay;

6) We the people respectfully request additional time from this court in the interests of justice;

Further, we the people saith not.

Verification and Certification

I certify on my own unlimited commercial liability that the above is true, correct and complete, the truth, the whole truth, and nothing but the truth.

DATED this the eighth day of the eleventh month in the year of our Lord, the two thousandth and tenth year from the crucifixion.

*Samuel-Lynn*, man known as Samuel-Lynn, we the people and from the office of executor for the estate known as SAMUEL L DAVIS, or any derivative thereof.

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing to which this Proof of Service is attached will be duly served upon the following by depositing same in the United States Postal Service's First Class Mail Postage Prepaid and addressed as follows:

GREG DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

Executed without the United States on this eighth day of the eleventh month in the year of our Lord, the two thousandth and tenth year from the crucifixion at Las Vegas, Nevada.

By:

*Samuel-Lynn: davis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | 2:09-CR-078 |
| vs. | ) | ORDER GRANTING |
| | ) | PETITION TO CONTINUE |
| SAMUEL DAVIS, and | ) | FOR GOOD CAUSE |
| SHAWN RICE, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| | ) | |

This matter having come before the Court on the Petition of we the people: Samuel-Lynn: davis, and the Court having been advised in the premises and Good Cause being shown it is hereby ORDERED that the Petition to Continue the trial in the above numbered matter is GRANTED and the Trial date of November 15, 2010 is vacated. Trial will be set 60 days from the date of this Order or as soon thereafter as may be scheduled. The "ends of justice" and in the interest of justice it is

SO ORDERED.


_____
HONORABLE JAMES MAHAN
DISTRICT JUDGE