DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
Assistant U.S. Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6020

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 09-CR-0078- JCM-RJJ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| SAMUEL DAVIS, | ) | |
| Defendant. | ) | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Nicholas D. Dickinson, Assistant United States Attorney has been assigned as co-counsel in the above captioned case.

DATED: November 15, 2010

                                              Respectfully submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney


                                              _____/s/_____
                                              NICHOLAS D. DICKINSON
                                              Assistant United States Attorney