Samuel Lynn Davis, Estate.
Executor Office.
Nation Idaho.
General-Post Office.
Lappin Lane – 2430.
Council.
United States Minor, Outlying Islands.
Near  [83612-9998].

**Special Appearance**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | 2:09-CR-078 |
| vs. ) | WITHDRAWAL OF |
| ) | NOTICE OF |
| SAMUEL DAVIS, and ) | TERMINATION OF |
| SHAWN RICE, ) | STAND-BY COUNSEL |
| ) | FOR MISTAKE |
| DEFENDANTS. ) | |
| _____) | |

      I am, we the people, a living, breathing man known by the name Samuel-Lynn, appearing specially from the office of executor from the estate known as SAMUEL L. DAVIS, or any derivative thereof.  I, in these respective capacities, come before the Court again for purposes of giving notice of mistake in the filing of the document in termination of Standby Counsel.  I, in capacity of we the people, had contemplated going forward without any counsel at all in this matter and that was a mistake.  After receiving the last 18-24" of paperwork from the government representing their trial memorandums, witness lists, jury instructions and other materials, we the people have come to realize that we the people would not be served to go this "alone".  This matter is more than I in any capacity can do.  Not only do I, in capacity as we the people want to withdraw my petition to have Mr. Leventhal remain as stand-by counsel, but it is my intent and desire to fully re-instate Mr. Leventhal as court appointed counsel and we the people will stand

aside and interfere no more.   We the people sincerely apologize to the court for my mistakes and ask the court's forgiveness and indulgence.

 RESPECTFULLY SUBMITTED this the eighteenth  day of the eleventh month in the year of our Lord, the two thousandth and tenth year from the crucifixion.

  *Samuel-Lynn*,  a man known as Samuel-Lynn, we the people and from the office of executor for the estate known as SAMUEL L DAVIS, or any derivative thereof.

### PROOF OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing to which this Proof of Service is attached will be duly served upon the following by depositing same in the United States Postal Service's First Class Mail Postage Prepaid and addressed as follows:

GREG DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

Todd M. Leventhal
600 South Third Street
Las Vegas, Nevada  89101

Executed without the United States on this eighteenth day of the eleventh month in the year of our Lord, the two thousandth and tenth year from the crucifixion at Las Vegas, Nevada.

  By:

  *Samuel-Lynn: davis*

```
                                    IT IS SO ORDERED.
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    DATE: DEC. 9, 2010
```