1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
   Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  Counsel for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA,            )
                                        )
11              Plaintiff,              )
                                        )
12         v.                           )     2:09-CR-078-JCM (RJJ)
                                        )
13 SAMUEL DAVIS,                        )
                                        )
14 _____Defendant.___)

15            **NOTICE OF FILING PROOF OF PUBLICATION**

16         Attached hereto is the proof of publication evidencing publication of the Notice on

17 www.forfeiture.gov for the required period of time.

18         Dated: May 4, 2011

19                                      DANIEL G. BOGDEN
                                        United States Attorney
20

21                                      /s/MichaelAHumphreys_____
                                        MICHAEL A. HUMPHREYS
22                                      Assistant United States Attorney

23

24

25

26

<u>AFFIDAVIT</u>

STATE OF NEVADA          )
                                      ) ss
COUNTY OF CLARK       )

    I, Jessica M. Helm, being duly sworn, depose and say the following:

    I am a Forfeiture Support Associates Data Analyst assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. SAMUEL DAVIS*, 2:09-CR-078-JCM (RJJ).

    Notice of Criminal Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 30, 2011 through April 28, 2011, evidenced by the attached Advertisement Certification Report and the attached Notice. The publication of this Notice was reasonably calculated to notify all potential claimants.

                                                         JESSICA M. HELM
                                                         Forfeiture Support Associates
                                                         Data Analyst

STATE OF NEVADA          )
                                      ) ss
COUNTY OF CLARK       )

TERRI JAMISON
Notary Public-State of Nevada
APPT. NO. 0989451
My App. Expires April 30, 2013

    Subscribed and sworn to (or affirmed) before me on May 4                    2011, by Jessica M. Helm.

                                                         NOTARY PUBLIC

2



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 30, 2011 and April 28, 2011.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Samuel Davis

| | |
|---|---|
| Court Case No: | 2:09-CR-078-JCM (RJJ) |
| For Asset ID(s): | See Attached Advertisement Copy |

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/30/2011 | 24.0 | Verified |
| 2 | 03/31/2011 | 24.0 | Verified |
| 3 | 04/01/2011 | 24.0 | Verified |
| 4 | 04/02/2011 | 24.0 | Verified |
| 5 | 04/03/2011 | 24.0 | Verified |
| 6 | 04/04/2011 | 24.0 | Verified |
| 7 | 04/05/2011 | 24.0 | Verified |
| 8 | 04/06/2011 | 24.0 | Verified |
| 9 | 04/07/2011 | 24.0 | Verified |
| 10 | 04/08/2011 | 24.0 | Verified |
| 11 | 04/09/2011 | 24.0 | Verified |
| 12 | 04/10/2011 | 24.0 | Verified |
| 13 | 04/11/2011 | 24.0 | Verified |
| 14 | 04/12/2011 | 24.0 | Verified |
| 15 | 04/13/2011 | 24.0 | Verified |
| 16 | 04/14/2011 | 24.0 | Verified |
| 17 | 04/15/2011 | 24.0 | Verified |
| 18 | 04/16/2011 | 24.0 | Verified |
| 19 | 04/17/2011 | 24.0 | Verified |
| 20 | 04/18/2011 | 24.0 | Verified |
| 21 | 04/19/2011 | 24.0 | Verified |
| 22 | 04/20/2011 | 24.0 | Verified |
| 23 | 04/21/2011 | 24.0 | Verified |
| 24 | 04/22/2011 | 24.0 | Verified |
| 25 | 04/23/2011 | 24.0 | Verified |
| 26 | 04/24/2011 | 24.0 | Verified |
| 27 | 04/25/2011 | 24.0 | Verified |
| 28 | 04/26/2011 | 24.0 | Verified |
| 29 | 04/27/2011 | 24.0 | Verified |
| 30 | 04/28/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
### COURT CASE NUMBER: 2:09-CR-078-JCM (RJJ); NOTICE OF FORFEITURE

Notice is hereby given that on March 28, 2011, in the case of <u>U.S. v. Samuel Davis</u>, Court Case Number 2:09-CR-078-JCM (RJJ), the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

$1,373.35 in United States Currency seized from Wells Fargo Bank Account 250-2159375 in the name of Specialty Management, Inc., 530 Las Vegas Boulevard South, Las Vegas, NV 89101

$1,224.15 in United States Currency seized from J.P. Morgan Chase Bank, Account 634094312 in the name of SIMPE, LTA, 31 Butterfield Road, Chino Valley, AZ 86323

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 30, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, and a copy served upon Assistant United States Attorney Daniel Hollingsworth, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, NV 89101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

**PROOF OF SERVICE**

I, Jessica M. Helm, certify that the following individuals were served with copies of the Notice of Filing Proof of Publication on May 4, 2011 by the below identified method of service:

E-mail/ECF

Todd M. Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
*Counsel for Samuel Davis*

First Class Mail

Shawn Rice
PO Box 700, #81
Ash Fork, AZ 86320
*Pro Se*

　　　/s/ Jessica M. Helm
JESSICA M. HELM
Forfeiture Support Associates Data Analyst

3