2:09-CR-0078-JCM-RJJ

USA v. Samuel Davis   Allocution Statement

October 27, 2011



Your Honor for the record:

Seven months ago I stood before you and pled guilty to the facts as they were then related. I chose to take responsibility. Now I am before you to receive your judgment under that responsibility. Before your judgment is rendered, I respectfully ask to be allowed to make a statement couched in the context of my belief system.

Your honor, you hold the power and keys of judgment. As I understand it, this means that ;1) You have a solemn duty to decide the fate by punishment of those who come before you. 2) It means that if you judge fairly, you will have given full consideration to all the factors that brought the accused before you. Although you really can't see into their hearts or minds, you have the unenviable task of attempting to discern the same before passing judgment; 3) Because it is true that you hold the power and keys of judgment, you also unavoidably hold the power and keys of forgiveness. In my view, this power, joined of necessity with a correct and unbiased understanding, not only of the facts, but also of the truth, would be your single most important endowment of power to the fair and just administration of judgment.

I am here in front of you today to resolve the matters before us in justice, not only under the law, but in the rightness of its spirit and intent in truth and the measure of the heart or all who brought about the cause.

Your honor, I am sorry for my actions. I apologize to everyone.  I have but one question in closing, will you, your honor, please forgive me?