1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-78 JCM (RJJ) |
| Plaintiff, | |
| v. | |
| SAMUEL DAVIS and SHAWN RICE, | |
| Defendants. | |

13

**ORDER**

14     Presently before the court is the government's motion to dismiss the third-party petition of

15   Charles and Victoria Tingler.  (Doc. #203).  Charles and Victoria Tingler ("the Tinglers") did not

16   file an opposition.  The government then filed a notice of non-opposition.  (Doc. #216).

17     On May 27, 2011, the Tinglers filed a third-party claim for a portion of the seized funds in

18   this case.  (Doc. #194).  The government moved to dismiss their complaint on October 27, 2011,

19   arguing that the Tinglers lacked standing to bring suit pursuant to 21 U.S.C. § 853(n).  (Doc. #203).

20     Under Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and

21   authorities in response to any motion shall constitute a consent to the granting of the motion."

22   However, the court will not automatically grant every unopposed motion.  In *Ghazali v. Moran*, 46

23   F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court had to weigh the following factors

24   before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the

25   court's need to manage its docket; (3) the risk of prejudice; (4) the public policy favoring disposition

26   of cases of their merits; and (5) the availability of less drastic sanctions.

27   . . .

28

**James C. Mahan**
**U.S. District Judge**

1   The court finds that the *Ghazali* factors weigh in favor of dismissing the Tinglers' third-party

2   petition.  *See Ghazali*, 46 F.3d at 53.

3   Accordingly,

4   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that government's motion to

5   dismiss the third-party petition of Charles and Victoria Tingler (doc. #203) be, and the same hereby

6   is, GRANTED.

7   DATED January 6, 2012.

8

9   _____

10   **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -