**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:09-CR-78 JCM (RJJ) |
|---|---|
| Plaintiff, | |
| v. | |
| SAMUEL DAVIS and SHAWN RICE, | |
| Defendants. | |

**ORDER**

Presently before the court is defendant Samuel Davis' motion to extend time. (Doc. #224). The government filed an opposition. (Doc. #226). Defendant then filed a reply. (Doc. #227).

On October 27, 2011, the court sentenced defendant to 57 months custody per count, to run concurrently, and ordered defendant to self-surrender by 12:00 pm on January 31, 2012. (Doc. #204). Defendant now moves for a ninety (90) day extension of the self-surrender date. (Doc. #224). The motion reports that Douglas M. Linford, D.O. of the Adams County Health Center recently examined defendant. (Doc. #224). Dr. Linford found that defendant's oral diabetic medication is not controlling his diabetes. (Doc. #224, Ex. 1). Thus, Dr. Linford recommends that defendant remain under the care of the Humphrey's Diabetic Center while his medication is switched to insulin. (Doc. #224, Ex. 1).

The government opposes the motion, arguing that defendant has sought multiple delays throughout the course of this case. (Doc. #226). Further, the government asserts that the medical facilities at the Bureau of Prisons are well-equipped to handle the defendant's diabetic condition. (Doc. #226). In reply, defendant notes that many of the delays in this case were the result of

**James C. Mahan**
**U.S. District Judge**

stipulated continuances. (Doc. #227).

The court finds that the seriousness of defendant's medical condition weighs in favor of granting the motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Samuel Davis' motion to extend time (doc. #224) be, and the same hereby is, GRANTED. Defendant is ordered to self-surrender by 12:00 noon on April 27, 2012.

DATED January 30, 2012.

_____
**UNITED STATES DISTRICT JUDGE**