1  TODD M. LEVENTHAL, ESQ
   Nevada Bar No. 008543
2  600 South Third Street
   Las Vegas, Nevada 89101
3  (702) 384-1990
   Attorney for Defendant
4

5              UNITED STATES DISTRICT COURT

6                  DISTRICT OF NEVADA

7

8  UNITED STATES OF AMERICA,        )
                                    )   CR-S-09-078-JCM(RJJ)
9              Plaintiff,           )
                                    )
10     vs.                          )   Request to continue self surrender date
                                    )
11 SAMUEL DAVIS,                    )
   SHAWN RICE                       )
12             Defendant.           )
                                    )
13 ─────────────────────────────────)

14         SAMUEL DAVIS, by and through his attorney of record, Todd M. Leventhal, ESQ.

15 Hereby requests that the self surrender date currently scheduled for Friday April 27, 2012, be

16 vacated and reset for 90 days out.  This request is made based upon the letter from Mr. Davis.

17

18 DATED THIS 19TH of April, 2012

19
                                          _____/s/_____
20                                        TODD M. LEVENTHAL, ESQ.

21

22

23

24

25

26

27

28

April 18, 2012

Honorable Judge Mahan

Re: USA v SAMUEL DAVIS   CASE NUMBER   2:09-CR-078-JCM

Judge Mahan:

On or about January 25 of this year you granted me an extension of 90 days for reporting to federal prison for medical reasons related to my diabetic condition.  Thank you for that and by way of update please note the following:  I have made the transition to insulin, have been in regular contact with my doctor, and am doing relatively well with a couple of notable exceptions.  Currently both of my arms down to and including my fingers go numb off and on throughout the day and I have two doctors examining that symptom.

I am writing today Your Honor, to ask you again for another extension of 60 days for the following reason(s):  My wife and I are losing our home to foreclosure.  Our home will be sold on June 5, 2012 and I have to figure out where to live for her and help her move 25 years of belongings to somewhere.  We believed that some things could happen with the property that would enable it to be saved but that has not and now will not happen.  Currently, with knowledge and permission of my probation officer, Bill Sullivan, a fine man by the way, I have been helping two of my sons in North Dakota and will most likely relocate my wife to there where she will have some support and help. There is a place there that we can move our belongings into storage until such time as we can pick up the pieces of our lives and start anew. She will have an opportunity there to find a good job as it appears that North Dakota is one of the few places in this country that help wanted signs are prevalent.  She cannot do this move alone, as the travel itself is a 2-day drive one way and we have much to do.

I have had no issues of problems with anyone or anything as Mr. Sullivan will attest.  I am requesting that you grant me another 60 days to handle my affairs for and with my wife so that she may transition in this move with some help and support.  My request is not unreasonable, it is truly a legitimate need to assist my family and at least begin to

prepare for life after prison.  I respectfully request Your Honor grant me these 60 days to June 27 before reporting.  I would also respectfully request that my sentence be served in South Dakota instead of Sheridan, Oregon as it would be closer to my wife.

Your Honor, at sentencing I asked your forgiveness for my wrong-doing.  To date, I have no idea if you indeed have forgiven me.  Forgiveness is very important to me, as I understand it is the discharge of debt, even so to society.  I have not been angry with anyone in all of this, in fact, I have long since forgiven everyone involved including but not limited to myself.  I acted wrongly and I believe that I have taken responsibility for my actions.  I do not believe that my sentence to prison serves any purpose except to impose burden on my family and more cost to the government.  I am no one special, I am just a man who made a mistake.  Prison serves no purpose for me, as I have completely changed my view of all that goes on around me, including the actions or in-actions of government.  The scripture commands that we not bear false witness, in all of this I have never told one false-hood about anyone.  I do believe I made a mistake in thinking I was special, I am not, I just made a mistake.

Your Honor, thank you for taking the time to read this as I am making the assumption that you are and have.  I again ask that you grant me at least 60 days to take care of my wife's needs.  I ask God's blessing upon you and thank you in advance for your consideration, as I grant you "release without consideration".

My best regards,

Sam Davis

04/18/2012  18:57   2083448649                    DALE'S SERVICE, INC.                    PAGE  01

**WHEN RECORDED MAIL TO:**

**RECONTRUST COMPANY, N.A.**
**1800 Tapo Canyon Rd., CA6-914-01-94**
**SIMI VALLEY, CA 93063**

A copy of the document has been recorded on 09/03/2010
Instrument No. 120767 in Adams County.

TS No.          10 -0110346
Title Order No. NWT008211
Parcel No.      RP17N01W255200A

## NOTICE OF DEFAULT

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Beneficiary, under that certain Deed of Trust dated 05/24/2007, and executed by D GEORGE HOBSON, A MARRIED MAN, AND JEFFREY M HOBSON, A MARRIED MAN, AND DAVID G HOBSON, A MARRIED MAN, AND CONLY M HOBSON, A MARRIED MAN, AND NORMAN C HOBSON, A MARRIED MAN, as Trustor(s), to FIDELITY NATIONAL TITLE INSURANCE CO., as Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, and recorded 05/30/2007 as Instrument No. 114506 and re-recorded 06/13/2007 at 12:54 PM as Instrument No. 114600, in the records of Adams County, Idaho, to wit:

### SEE ATTACHED EXHIBIT A - LEGAL DESCRIPTION

hereby gives notice that a breach of the obligation for which said transfer is security has occurred, the nature of said breach being:

Failure to pay the monthly payment due 06/01/2010 of principal, interest and impounds and subsequent installments due thereafter; plus late charges; together with all subsequent sums advanced by beneficiary pursuant to the terms and conditions of said Deed of Trust, and any supplemental modifications thereto. As of 09/01/2010 this amount is $8,537.80, together with any unpaid and /or accruing real property taxes, and/or assessments, attorneys' fees, Trustees' fees and costs, and any other amount advanced to protect the security of said Deed of Trust.

Therefore, the Beneficiary elects to sell or cause the trust property to be sold to satisfy said obligation.

**NOTICE IS HEREBY GIVEN THAT THIS FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE, AND THAT THE DEBT MAY BE DISPUTED.**

IN WITNESS WHEREOF, the Trustee, pursuant to a resolution of its Board of Directors, has caused its corporate name to be hereto subscribed this day.

Date: 09/01/2010                          **RECONTRUST COMPANY, N.A.**

                                          [Notice copy of signed original]

STATE OF        Texas        )
                                          _____
COUNTY OF _____ )

On _____ , before me _____, personally appeared _____,
_____, known to me (or proved to me on the oath of _____ or through
_____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

WITNESS MY HAND AND OFFICIAL SEAL

_____
Notary Public's Signature

*IDNODMLNG_2011.12.0_12/2011*

USA-Foreclosure

**Expand your investment horizon**
USA-Foreclosure.com

Home > Search Results > Property Details

# Property Details



View photo full size



Map data ©2012 Google -

## Property and Sale Information

| | |
|---|---|
| **Attorney/Trustee Number:** | 10-0110346 |
| **Attorney/Trustee Name:** | ReconTrust Company |
| **Property Address:** | 2430 LAPPIN LN |
| **Property City:** | Council |
| **Property State:** | ID |
| **Property Zip:** | 83612 |
| **County:** | Adams |
| **Sale Status:** | Active |
| **Minimum Bid:** | Not yet provided by lender |
| **Current Sale Date:** | 05/06/2010 |
| **Sale Time:** | 11:00 AM |
| **Original Sale Date:** | 01/24/2011 |
| **Previous Postponed Date:** | 05/02/2011 |
| **Sale City:** | Council |

## Property Description and History

Provided by

### Zillow.com

**Note: The following information was obtained from Zillow.com. We can not claim responsibility for the accuracy of this information. If you are interested in this property, ensure that you check these figures for yourself. USA-Foreclosure.com provides this data and link as a convenience and courtesy to its users and makes no representation or warranty concerning the accuracy of any information provided on Zillow.com.**

| | |
|---|---|
| **Year Built:** | |
| **Use Type:** | Single Family |
| **Lot Sq Ft:** | |
| **Finished Sq Ft:** | |
| **Bathrooms:** | |
| **Bedrooms:** | |
| **Last Sold Date:** | |
| **Last Sold Price:** | |
| Zestimate: | $89,300 |

## *Favorite Properties* Options

| | |
|---|---|
| Favorite Property: | |
| Send Email Updates: | |

Click on the buttons to add or remove this property from your Favorites. Click on Send Email Updtes to receive e-mail updates when this property is updated.

## Additional Information

Visit the county website to search for assessor information

View the Notice of Sale for this Advanced Property