1
2
3
4
5  **UNITED STATES DISTRICT COURT**
6  **DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:09-CR-78 JCM (RJJ) |
|---|---|
| Plaintiff, | |
| v. | |
| SAMUEL DAVIS and SHAWN RICE, | |
| Defendants. | |

**ORDER**

Presently before the court is defendant Samuel Davis' second motion to extend self-surrender date. (Doc. #238).

The court sentenced defendant to 57 months custody per count, to run concurrently, on October 27, 2011, and ordered defendant to self-surrender on January 31, 2012. (Doc. #204).

On January 30, 2012, the court granted defendant's first motion to extend self-surrender date. (Doc. #228). Defendant reported that he was switching his diabetes medication and that his doctor recommended that he remain under the care of the Humphrey's Diabetic Center during the transition. (Doc. #224). The court found that defendant's medical condition weighed in favor of granting the motion to extend time and ordered defendant to self-surrender on April 27, 2012. (Doc. #228).

Defendant now moves for a further extension of time to self-surrender. (Doc. #238). The motion requests a 90-day extension, but the attached letter from defendant only requests a 60-day extension, until June 27, 2012. (Doc. #238, Ex. 1). Defendant states that he and his wife are losing their home due to foreclosure, and that the sale will occur on June 5, 2012. (Doc. #238, Ex. 1). Thus, defendant requests a 60-day extension to help his wife relocate and move their belongings to

**James C. Mahan**
**U.S. District Judge**

1  North Dakota.  (Doc. #238, Ex. 1).

2       Accordingly,

3       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Samuel Davis'

4  second motion to extend self-surrender date (doc. #238) be, and the same hereby is, GRANTED.

5  Defendant shall self-surrender on June 27, 2012, before 12:00 noon.

6       DATED April 23, 2012.

*[signature: James C. Mahan]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -