TODD M. LEVENTHAL, ESQ
Nevada Bar No. 008543
Caifornia Bar No.: 223577
600 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-09-0078- JCM-RJJ |
| vs. ) | |
| SAMUEL L. DAVIS, ) | MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| Defendant. ) | |

COMES NOW, TODD M. LEVENTHAL, ESQ., counsel of record for defendant SAMUEL LYNN DAVIS, and moves this court for an order allowing said attorney to withdraw as counsel of record for defendant SAMUEL L. DAVIS.  This motion is based on the following points and authorities; the affidavit of Todd M. Leventhal, and argument at the time of hearing on this matter.

DATED THIS 21ST day of JUNE, 2012.

_____/s/_____
Todd M. Leventhal, Esq.

**POINTS AND AUTHORITIES**

LR 1A 10-6 allows an attorney to withdraw after appearing in a case,øby leave of court after notice serviced on the affected client and opposing counselö (see LR 1A 10-6(b)). Additionally, except for good cause shown, no withdrawal or substitution shall be approved if delay of discovery, the trial or any hearing be delayed due to the withdrawal of the attorney.

Mr. Davis has already been sentenced and counsel has filed and received an extension as to his self surrender date. Mr. Davis has requested that the following documents be filed with this court. Counsel will file the documents at the request of Mr. Davis given the urgency and self surrender date is approaching. However, counsel believes that it is the best interest of Mr. Davis that he either seek new counsel or represent himself pro se at this time.

In addition, because there is no court dates pending, this motion is not for the purpose of delay.

**AFFIDAVIT OF TODD M. LEVENTHAL**

TODD M. LEVENTHAL, being duly sworn, deposes and says;

1. That I am an attorney duly licensed to practice law in the State of Nevada.
2. I have knowledge of all matters stated herein and am competent to testify regarding the same.
3. That I am the attorney of record for Samuel Davis in the above captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

    /s/ Todd M. Leventhal_____
    TODD M. LEVENTHAL, ESQ.

STATE OF NEVADA, COUNTY OF CLARK
SUBSCRIBED and SWORN to me before
this 21 day of June, 2012.

/s/ Maribel Godinez_____
NOTARY PUBLIC in and for the above
County and State
Appt. NO.: 09-10522-1
Exp.: 07/10/2013