AO 442   (Rev. 10/03) Warrant for Arrest                                  1648326

## UNITED STATES DISTRICT COURT

District _____ Nevada _____

UNITED STATES OF AMERICA

V.

Samuel DAVIS

**WARRANT FOR ARREST**

Case   2:09-cr-00078-JCM-RJJ-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to  _____ Samuel DAVIS _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

charging him or her with   (brief description of offense)

Petition for Action on Conditions of Pretrial

in violation of Title ____ 18 ____ United States Code, ____ 3148(b) ____

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

June 29, 2012   Las Vegas, Nevada
DATE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  Mountrail Co, White Earth, ND |

| DATE RECEIVED 06/29/12 | NAME AND TITLE OF ARRESTING | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/07/12 | Mountrail Co Sheriff White Earth, ND | AW |

DANIEL G. BOGDEN  
United States Attorney  
ERIC JOHNSON  
Assistant United States Attorney  
333 Las Vegas Blvd South, Suite 5000  
Las Vegas, Nevada 89101  
(702) 388-6271

UNITED STATES DISTRICT COURT<br>District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Samuel DAVIS )<br>Defendant ) | Case No. 2:09-cr-00078-JCM-RJJ-1<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Jaime B. Stroup</u>, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 28th day of June, 2012.

DANIEL G. BOGDEN  
United States Attorney

By   /S/  _____  
    Eric Johnson  
    Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Samuel DAVIS                    Docket No. 2:09-cr-00078-JCM-RJJ-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Jaime Stroup, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Samuel DAVIS, who was placed under pretrial release supervision by the Honorable Lawrence R. Leavitt in the Court at Las Vegas, Nevada on March 6, 2009, on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services supervision.
2. Obtain no passport.
3. Travel restricted to the state of Nevada and the state of Idaho unless approved by Pretrial Services.
4. Refrain from possessing any firearm, destructive device, or any other dangerous weapons while case is spending.
5. Maintain current residence and notify Pretrial Services prior to any change.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant failed to self-surrender on June 27, 2012 by noon, as ordered by the Court.

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 29 day of June, 2012 and ordered filed and made a part of the records in the above case.

_James C. Mahan_
Honorable James C. Mahan
U.S. District Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 28th day of June, 2012.

Respectfully Submitted,

_Jaime B. Stroup_
Jaime B. Stroup
United States Pretrial Services Officer

Place: Las Vegas, Nevada