AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:09-cr-78-JCM |
| | ) | |
| SAMUEL DAVIS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT 333 LAS VEGAS BLVD. SOUTH LAS VEGAS, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Wednesday, August 22, 2012, 3:00 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     August 20, 2012

_____
*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_____
*Printed name and title*