UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMUEL L. DAVIS, ) <br> ) <br> ) <br> Defendant, ) <br> ) | 2:09-cr-78-JCM-RJJ <br><br><br> O R D E R |

This matter was submitted to the undersigned Magistrate Judge on a Motion to Place on Calendar (#291) filed by Roberta Ruth Davis.

The Court having reviewed the Motion (#291) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Place on Calendar (#291) filed by Roberta Ruth Davis, is **DENIED**.

DATED this  22ND   day of August, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge