# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERIA, ) | |
| Plaintiff, ) | Case No. 2:09-cr-00078-JCM-GWF |
| vs. ) | **ORDER** |
| SAMUEL DAVIS, ) | Motion to Dismiss Indictment - #401 |
| Defendant. ) | |

This matter is before the Court on Defendant Samuel Davis' Renewed Motion to Dismiss Indictment for Good Cause (#401), filed on December 8, 2014.

Defendant Samuel Davis pled guilty to one count of Conspiracy to Commit Money Laundering and thirty counts of Aiding and Abetting Money Laundering on November 1, 2011. (#207). The Defendant was sentenced to 57 months imprisonment. *Id*. Defendant appealed his sentence to the Ninth Circuit, which affirmed the judgment on February 1, 2013. *See United States v. Davis*, 706 F.3d 1081 (9th Cir. 2013).

Defendant requests that the Court dismiss these indictments for good cause, and claims that the Courts has no jurisdiction over this case under Article III of the United States Constitution. Article III provides that the judicial power of the United States "shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish." Congress subsequently established the United States District Courts, including the United States District Court for the District of Nevada. *See* 28 U.S.C. § 132; 28 U.S.C. § 108. The Defendant's assertions have been previously dismissed as farcical, illogical, or frivolous by other District Courts. *See United States v. Vann*, 2012 WL 6201353, *2 (N.D. Cal. 2012); *United States v. Siceloff*, 2010 WL 1375370, *3 (W.D. Pa. 2010); *Cuellar v. Wilkerson*, 2012 WL 1409263, *3 (N.D. Tex. 2012).

Furthermore, there are no indictments pending. The Defendant's motion is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Renewed Motion to Dismiss Indictment for Good Cause (#401) is **denied**.

DATED this 11th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge