1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
9 　　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
10 　　　v.　　　　　　　　　　　　　　　　) 　2:09-CR-078-JCM-(GWF)
　　　　　　　　　　　　　　　　　　　　　)
11 SAMUEL DAVIS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
12 　　　　　　　　Defendant.　　　　　　　)

13 **FINAL ORDER OF FORFEITURE**

14 　　　　　On March 28, 2011, the United States District Court for the District of Nevada entered a

15 Preliminary Order of Forfeiture pursuant to 32.2(b)(1) and (2); Title 18, United States Code, Section

16 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

17 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code,

18 Section 982(a)(1), based upon the plea of guilty by defendant SAMUEL DAVIS to the criminal

19 offenses, forfeiting the property set forth in the Bill of Particulars and the Forfeiture Allegations of the

20 Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to

21 which defendant SAMUEL DAVIS pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars,

22 ECF No. 64; Change of Plea, ECF No. 191; Preliminary Order of Forfeiture, ECF No. 192.

23 　　　　　This Court finds the United States of America published the notice of forfeiture in accordance

24 with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

25 from March 30, 2011, through April 28, 2011, notifying all potential third parties of their right to

26 petition the Court. Notice of Filing Proof of Publication, ECF No. 193.

On May 27, 2011, Charles and Victoria Tingler filed a Petition of Interest in Forfeited Funds (ECF No. 194). On October 27, 2011, the United States filed a Motion to Dismiss the Third Party Petition of Charles and Victoria Tingler (ECF No. 203). On January 6, 2012, the Court entered an Order Granting Motion to Dismiss the Third-Party Petition of Charles and Victoria Tingler (ECF No. 219).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

an in personam criminal forfeiture money judgment of $1,290,000 including:

1. $1,373.35 in United States Currency seized from Wells Fargo Bank Account 250-2159375 in the name of Specialty Management, Inc., 530 Las Vegas Boulevard South, Las Vegas, NV 89101; and

2. $1,224.15 in United States Currency seized from J.P. Morgan Chase Bank, Account 634094312 in the name of SIMPE, LTA, 31 Butterfield Road, Chino Valley, AZ 86323.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

/ / /

1  income derived as a result of the United States of America's management of any property forfeited

2  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

3    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

4  certified copies to the United States Attorney's Office.

5    DATED May 14, 2015.

6

7

8                  _____

              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**

I, Heidi L. Skillin, Asset Forfeiture Paralegal certify that the following individuals were served with copies of the Final Order of Forfeiture on April 20, 2015, by the below identified method of service:

Electronic Filing

Todd M. Leventhal
Leventhal and Associates
626 South Third Street
Las Vegas, NV 89101
todlev@yahoo.com
Counsel for Samuel Davis

William H. Gamage
Gamage & Gamage
5580 S. Fort Apache, Suite 110
Las Vegas, NV 89148
Askmyattorney@yahoo.com
Counsel for Shawn Rice

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
Asset Forfeiture Paralegal